FILED

06 SEP -8 PM 2: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06CR00926-001-W |
| Plaintiff, ) | |
| v. ) | ORDER EXPANDING TRAVEL CONDITIONS TO INCLUDE MEXICO |
| PAMELA FLORES, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the travel conditions for the bond in the above captioned case be modified to include travel to Mexico from September 1, 2006 through September 15, 2006.

**IT IS SO ORDERED.**

DATED: 9/8/06

_____
HONORABLE THOMAS J. WHELAN
United States District Judge